UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60844-CIV-DIMITROULEAS

GARFIELD SPENCE,

    Plaintiff,

vs.

AN MOTORS OF PEMBROKE LLC,

    Defendant.
_____/

## ORDER APPROVING STIPULATION OF DISMISSAL

THIS CAUSE is before the Court upon the Joint Stipulation of Dismissal With Prejudice (the "Stipulation") [DE 14], filed herein on August 6, 2024. The Court has carefully reviewed the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 14] is hereby **APPROVED**;

2. The above-styled action is hereby **DISMISSED** without prejudice; and

3. The Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida, this 6th day of August, 2024.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record